## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| MKI ENTERPRISE GROUP, INC., D/B/A WINBO USA,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No. 22-00131 |

## **NOTICE OF SUBSTITUTION OF ATTORNEY**

PLEASE TAKE NOTICE that Brandon A. Kennedy hereby has been substituted as attorney of record for the United States, defendant, in the above-captioned actions, in place of Edward F. Kenny, and requests that all papers in connection therewith be referred to his attention.

                    Respectfully submitted,

                    BRIAN M. BOYNTON
                    Principal Deputy Assistant Attorney General

                    PATRICIA M. McCARTHY
                    Director

          By:       /s/ Justin R. Miller
                    JUSTIN R. MILLER
                    Attorney-In-Charge
                    International Trade Field Office

                    /s/ Brandon A. Kennedy
                    BRANDON A. KENNEDY
                    Trial Attorney
                    Department of Justice, Civil Division
                    Commercial Litigation Branch
                    26 Federal Plaza – Suite 346
                    New York, New York 10278
                    (212) 264-9237

Dated: May 6, 2024              *Attorneys for Defendant*